IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Type hearing: | Arraignment Guilty Plea to be entered, **NON-EVIDENTIARY** HELD |
| Case number: | 4:23-CR-00193-P |
| Defendant | MARGRETTA JABBEH (2), sworn |
| Court Reporter | Zoe Williams |
| Interpreter: | N/A |
| US Attorney: | Nancy E Larson |
| Defense Attorney: | Suzy Vanegas |
| Time in Court: | 10 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | July 18, 2023 |
| Status: | Defendant entered plea of guilty to Count(s) 1 of the Information |
| | Deft TBS: October 26, 2023 |
| | PSI Referral Form to Defendant's Attorney |
| | Scheduling Order to follow |
| | Deft continued in custody |
| Deputy Clerk: | Elsherie Moore |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 18 2023
CLERK, U.S. DISTRICT COURT
By_____
    Deputy